IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
06/22/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

PHU LE,                                                    )
                                                           )
                    Petitioner,                            )
    v.                                                     )    Case No. 26-3095-JWL
                                                           )
MISTY MACKEY, Warden,                                      )
    Midwest Regional Reception Center;                     )
MARKWAYNE MULLIN, DHS Secretary;                           )
TODD BLANCHE, Acting Attorney General; and                 )
TODD LYONS, Acting Director, ICE,                          )
                                                           )
                    Respondents.                           )
                                                           )
_____                   )

## **ORDER OF DISMISSAL**

On April 20, 2026, petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials. Respondents filed an answer to the petition; and respondents subsequently filed notice that petitioner has been removed from the United States, in which they argued that the case has therefore become moot. Petitioner has not filed a reply brief by the deadline or otherwise disputed that he has been removed. Accordingly, the Court hereby **dismisses the petition as moot**.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 22nd day of June, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge